UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) |
| | ) |
| Brian A. Tanguy | ) Chapter 7 |
| | ) |
| Debtor | ) Case No. 25-10096 |
| | ) |
| Richard Eames and | ) |
| Kristen Lima, | ) |
| | ) |
| Plaintiffs | ) Adversary Proceeding: |
| | ) |
| v. | ) 25-01065 |
| | ) |
| Brian A. Tanguy | ) |
| | ) |
| Defendant | ) |
| | ) |

**MOTION TO DISMISS**

Defendant, Brian A. Tanguy, hereby moves that the Complaint in this matter be

dismissed under Fed R. Civ. P. 12(b)(6).

/s/ Scott J. Fishman
Scott J. Fishman
BBO # 630711
Jennings, Jennings & Fishman
775 Pleasant St. #7
Weymouth, MA 02189
(781) 337-4221
**scottfishman@jenningsfishman.com**

## CERTIFICATE OF SERVICE

I, Scott J. Fishman, hereby certify that on May 23, 2025 the above was served to the following by electronic transmission:

Jeffrey Greene on behalf of Plaintiffs Richard Eames and Kristen Lima
greenej@gtlaw.com

/s/ Scott J. Fishman
Scott J. Fishman