# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss                     At the SUPERIOR COURT, begun and holden

at DEDHAM, within and for the County of Norfolk,

**on the third Friday of April, 2026**

THE JURORS for the Commonwealth of Massachusetts, on their oath present that

**Brian Tanguy**

**of Weymouth in the County of Norfolk**
**on or about August 10, 2022**
**at Quincy in the County of Norfolk**

**did steal the property of Richard Eames, to wit, money the value of more than twelve hundred and fifty dollars, in violation of M.G.L. c.266, s. 30,**

against the peace of said Commonwealth, and contrary to the form of the Statute in such case made and provided.

A TRUE BILL

.......................................................... { Foreman of the
                                                           Grand Jury

.......................................................... { Assistant District Attorney
                                                           Norfolk District

**Larceny over $1,200**

No. 2682CR00074 001

# COMMONWEALTH
## vs.

Brian Tanguy
Quincy

Date ...... 4/17/26 ......

Returned into said Superior Court, by the
Grand Jurors, and ordered to be filed:

Attest:

...... Margaret H. Saul ...... CLERK.

**Date:** _____

**TRACK** _____

**Plea Not Guilty**

**Bail:** _____

_____

**Atty. Fee** _____

**Continued to** _____ **for**

**Pre-Trial Conference.**

**Pre-Trial Hearing** _____

**(** _____ **J.)**

**Attest:** _____

**Assistant Clerk**

**Stenographer:** _____

## PROCEEDINGS

| Date | Event | Date | Event |
|------|-------|------|-------|
|      |       |      |       |
|      |       |      |       |
|      |       |      |       |
|      |       |      |       |
|      |       |      |       |
|      |       |      |       |
|      |       |      |       |
|      |       |      |       |

⊕ Printed on recycled paper

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss                    At the SUPERIOR COURT, begun and holden
at DEDHAM, within and for the County of Norfolk,

**on the third Friday of April, 2026**

THE JURORS for the Commonwealth of Massachusetts, on their oath present that

### Brian Tanguy

**of Weymouth in the County of Norfolk**
**on or about February 14, 2023**
**at Quincy in the County of Norfolk**

**did steal the property of Richard Eames, to wit, money the value of more than twelve hundred and fifty dollars, in violation of M.G.L. c.266, s. 30,**

against the peace of said Commonwealth, and contrary to the form of the Statute in such case made and provided.

A TRUE BILL

.............................................................. { Foreman of the
                                                              Grand Jury

.................................................... { Assistant District Attorney
                                                     Norfolk District

**Larceny over $1,200**

No. 2682CR00074-002

## COMMONWEALTH

## VS.

Brian Tanguy
Quincy

Date ........4 | 17 | 26........

Returned into said Superior Court, by the
Grand Jurors, and ordered to be filed:

Attest:

Margart H. Samf

.............................................................. CLERK.

**Date:** _____

**TRACK** _____
**Plea Not Guilty**
**Bail:** _____

_____

**Atty. Fee** _____
**Continued to** _____ **for**
**Pre-Trial Conference.**

**Pre-Trial Hearing** _____
**(** _____ **J.)**

**Attest:** _____
**Assistant Clerk**
**Stenographer:** _____

| Date | Event |
|------|-------|
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |

PROCEEDINGS

| Date | Event |
|------|-------|
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |

⊕ Printed on recycled paper

2006 0014-003

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss              At the SUPERIOR COURT, begun and holden

at DEDHAM, within and for the County of Norfolk,

### on the third Friday of April, 2026

THE JURORS for the Commonwealth of Massachusetts, on their oath present that

### Brian Tanguy

**of Weymouth in the County of Norfolk**
**on or about February 22, 2023**
**at Weymouth in the County of Norfolk**

**did steal the property of Suyon Jung, to wit, money the value of more than twelve hundred and fifty dollars, in violation of M.G.L. c.266, s. 30,**

against the peace of said Commonwealth, and contrary to the form of the Statute in such case made and provided.

A TRUE BILL

.................................................... { Foreman of the
                                                     Grand Jury

.................................................... { Assistant District Attorney
                                                     Norfolk District

**Larceny over $1,200**

No. 2682CR00014-003

# COMMONWEALTH
## VS.

Brian Tanguy
Weymouth

Date .......... 4 | 17 | 26 ..........

Returned into said Superior Court, by the
Grand Jurors, and ordered to be filed:

Attest:

.................................................................... CLERK.

**Date:** _____
**TRACK** _____
**Plea Not Guilty**
**Bail:** _____

_____

**Atty. Fee** _____
**Continued to** _____ **for**
**Pre-Trial Conference.**

**Pre-Trial Hearing** _____
**(** _____ **J.)**

**Attest:** _____
**Assistant Clerk**
**Stenographer:** _____

PROCEEDINGS

| Date | Event |
|------|-------|
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |

| Date | Event |
|------|-------|
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |

⊕ Printed on recycled paper

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss                    At the SUPERIOR COURT, begun and holden
at DEDHAM, within and for the County of Norfolk,

### on the third Friday of April, 2026

THE JURORS for the Commonwealth of Massachusetts, on their oath present that

**Brian Tanguy**

**of Weymouth in the County of Norfolk**
**on or about June 3, 2022**
**at Milton in the County of Norfolk**

**did steal the property of William and Kathryn Ferrari, to wit, money paid for windows the value of more than twelve hundred and fifty dollars, in violation of M.G.L. c.266, s. 30,**

against the peace of said Commonwealth, and contrary to the form of the Statute in such case made and provided.

A TRUE BILL

.......................................................................... { Foreman of the
                                                                          Grand Jury

.......................................................................... { Assistant District Attorney
                                                                          Norfolk District

**Larceny over $1,200**

No. 2682CR00074-004

# COMMONWEALTH
## VS.

Brian Tanguy
Milton

Date ...... 4 | 17 | 26 ......

Returned into said Superior Court, by the
Grand Jurors, and ordered to be filed:

Attest:

................................................................................ CLERK.

**Date:** _____
**TRACK** _____
**Plea Not Guilty**
**Bail:** _____
_____

**Atty. Fee** _____
**Continued to** _____ **for**
**Pre-Trial Conference.**

**Pre-Trial Hearing** _____
**(** _____ **J.)**

**Attest:** _____
**Assistant Clerk**
**Stenographer:** _____

### PROCEEDINGS

| Date | Event |
|------|-------|
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |

| Date | Event |
|------|-------|
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |

⊕ Printed on recycled paper

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss                    At the SUPERIOR COURT, begun and holden
at DEDHAM, within and for the County of Norfolk,

**on third Friday of June, 2026**
THE JURORS for the Commonwealth of Massachusetts, on their oath present that

**Brian Tanguy**

**of Weymouth in the County of Norfolk**
**on or March 8, 2023**
**at  Quincy in the County of Norfolk**

**did knowingly and willfully  operate a contractor, as that term is defined by sec. 1 of MGL c. 142A,  and did abandon or fail to perform without justification any contract or project, in violation of MGL c. 142A, sections 17 & 19,**

against the peace of said Commonwealth, and contrary to the form of the Statute in such case made and provided.

A TRUE BILL

........................................................................ { Foreman of the
                                                                   Grand Jury

........................................... { Assistant District Attorney
                                            Norfolk District

Home Improvement Contractor violation

No. 2682 CR00074 - 005

# COMMONWEALTH
## vs.
Brian Tanguy
Quincy

Date  4/17/26

Returned into said Superior Court, by the
Grand Jurors, and ordered to be filed:

Attest:

_Margaret H. Saul_
.................................................................. CLERK.

**Date:** _____

**TRACK** _____
**Plea Not Guilty**
**Bail:** _____

_____

**Atty. Fee** _____
**Continued to** _____ **for**
**Pre-Trial Conference.**

**Pre-Trial Hearing** _____
( _____ **J.)**

**Attest:** _____
**Assistant Clerk**
**Stenographer:** _____

| Date | Event |
|------|-------|
| | |

## PROCEEDINGS

| Date | Event |
|------|-------|
| | |

Printed on recycled paper

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss                    At the SUPERIOR COURT, begun and holden

at DEDHAM, within and for the County of Norfolk,

**on third Friday of June, 2026**

THE JURORS for the Commonwealth of Massachusetts, on their oath present that

**Brian Tanguy**

**of Weymouth in the County of Norfolk**
**on or February 22, 2023**
**at Weymouth in the County of Norfolk**

**did knowingly and willfully operate a contractor, as that term is defined by sec. 1 of MGL c. 142A,  and did make a material misrepresentation in the procurement of a contract or make a false promise of a character likely to influence, persuade or induce the procurement of a contract, in violation of MGL c. 142A, sections 17 & 19,**

against the peace of said Commonwealth, and contrary to the form of the Statute in such case made and provided.

A TRUE BILL

.............................................................. { Foreman of the
                                                                 Grand Jury

.......................................................... { Assistant District Attorney
                                                              Norfolk District

**Home Improvement Contractor violation**

No. 2682CR00074-004

# COMMONWEALTH
## VS.
Brian Tanguy
Weymouth

Date ........ 4/17/26 ................

Returned into said Superior Court, by the
Grand Jurors, and ordered to be filed:

Attest:

.................................................................................. CLERK.

**Date:** _____

**TRACK** _____
**Plea Not Guilty**
**Bail:** _____

_____

**Atty. Fee** _____
**Continued to** _____ **for**
**Pre-Trial Conference.**

**Pre-Trial Hearing** _____
**(** _____ **J.)**

**Attest:** _____
**Assistant Clerk**
**Stenographer:** _____

## PROCEEDINGS

| Date | Event |
|------|-------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| Date | Event |
|------|-------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

⊕ Printed on recycled paper